UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                    Criminal No. 2:26-cr-7

SAMUEL PEREZ-JAIMES

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. _____        Judge: _____

CATEGORY: 1. ○ Narcotics and Other Controlled Substances (Defs: ○1-2 ○3-9 ○10+)
          2. ○ Fraud and Property Offenses (Defs: ○1-2 ○3-9 ○10+)
          3. ○ Crimes of Violence
          4. ○ Sex Offenses
          5. ○ Firearms and Explosives
          6. ● Immigration
          7. ○ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____
*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant   ● is in custody   ○ is not in custody
Custody is  ○ State  ● Federal   Name of Institution: Northern Regional Jail (ICE)

Defendant   ○ is   ● is not serving a term of Supervised Release
Case No. _____           Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: **JAN 1 3 2026**

s/ *Lee A. Fry*
LEE A. FRY
Assistant U.S. Attorney
PA ID No. 325861